# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISBARMENT OF WILLIAM L. WOLFBRANDT, BAR NO. 460.

No. 75138

FILED

MAR 09 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER OF DISBARMENT

The Southern Nevada Disciplinary Board and attorney William L. Wolfbrandt have filed, under SCR 112, a petition for Wolfbrandt's disbarment by consent. The petition is supported by Wolfbrandt's affidavit, stating that he freely and voluntarily consents to disbarment. Wolfbrandt acknowledges in the affidavit that he has not complied with the conditions imposed by this court in *In re Discipline of Wolfbrandt*, Docket No. 72316 (Order of Suspension, July 25, 2017). Wolfbrandt admits that he could not successfully defend against a disciplinary action based on his failure to comply with those conditions.

SCR 112 provides that an attorney who is the subject of a proceeding involving allegations of misconduct may consent to disbarment by delivering an affidavit to bar counsel, who must file it with this court. Wolfbrandt's affidavit meets the requirements of SCR 112(1), and we conclude that the petition should be granted.

Accordingly, attorney William L. Wolfbrandt is disbarred. Such disbarment is permanent. SCR 102(1). As acknowledged in Wolfbrandt's affidavit and the petition, Wolfbrandt remains subject to the conditions and obligations previously imposed by this court, particularly that he pay restitution to injured clients and pay the costs of the prior disciplinary

18-9323

proceeding. The provisions of SCR 115 and SCR 121.1 governing notice and publication of orders of disbarment shall apply to this order.

It is so ORDERED.



_____, C.J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Chair, Southern Nevada Disciplinary Board
C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
William L. Wolfbrandt, Jr.
Kimberly K. Farmer, Executive Director, State Bar of Nevada
Perry Thompson, Admissions Officer, U.S. Supreme Court